**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Thomas G. Holman**
**Deborah A. Holman**
　　Debtor(s)

Bankruptcy Case No.: 12−20284−CMB

Chapter: 13
Docket No.: 63 − 62

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

　**AND NOW,** this 29th day of March, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

　**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/15/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/7/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

　**TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

　In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/15/17.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　<u>Carlota M. Bohm</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cm: **All Parties**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                      Case No. 12-20284-CMB
Thomas G. Holman                                                            Chapter 13
Deborah A. Holman
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: dric                   Page 1 of 3                   Date Rcvd: Mar 29, 2017
                               Form ID: 408                 Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db/jdb         +Thomas G. Holman,    Deborah A. Holman,    298 Ames Road,    Bentleyville, PA 15314-1934
cr             +BENEFICIAL CONSUMER DISCOUNT COMPANY,    9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +HSBC Finance Corporation,    P. O. Box 829009,    Dallas, TX 75382-9009
13298181      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:    FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13279652       Bank of America,    PO Box 15019,    Wilmington, DE 19886-0299
13279655       +Beneficial,    PO Box 3425,   Buffalo, NY 14240-3425
13279654       Beneficial,    PO Box 4153-K,   Carol Stream, IL 60197-4153
13294134       +Beneficial Consumer Discount Company,    2929 Walden Avenue,    Depew, New York 14043-2602
13279656       Beneficial/Household Finance,    PO Box 1231,    Brandon, FL 33509-1231
13279657       +Bentleyville Boro,    Ben Babinad, Tax Collector,    1304 Main Street,
                 Bentleyville, PA 15314-1013
13279666       +Bentworth School District,    Ben Babirad, Tax Collector,    685 Lincoln Avenue,
                 Bentleyville, PA 15314-2057
13279663       +Bentworth School District,    Joseph G. Malisky, Tax Collector,    685 Lincoln Avenue,
                 Bentleyville, PA 15314-2057
13279671      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court:    Citi Cards,    PO box 182564,   Columbus, OH 43218-2564)
13279672       County of Washington,    Francis L. King,    100 West Beau Street, Suite 102,
                 Washington, PA 15301-4432
13279673       County of Washington,    Francis L. King, Tax Collector,    100 West Beau Street, Suite 102,
                 Washington, PA 15301-4432
13279679       Department Stores National Bank (Macy’s),    PO Box 183083,    Columbus, OH 43218-3083
13286348       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13279681       +First National Bank,    PO Box 6000,    Hermitage, PA 16148-0900
13279680       +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
13279683       HSBC Retail Services (Bon-Ton),    PO Box 17264,    Baltimore, MD 21297-1264
13279686       Mon Valley Credit Union,    1932 Main Street,    PO Box 189,    Allenport, PA 15412-0189
13279689       +Somerset Township,    Joseph G. Malisky, Tax Collector,    685 Lincoln Avenue,
                 Bentleyville, PA 15314-2057
14306716       +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13279690       +Washington County Tax Claim Bureau,    100 West Beau St Ste 205,    Washington, PA 15301-4483
13618662       eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:34     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr             +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:34     HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
cr             +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:34     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13279651        E-mail/Text: ally@ebn.phinsolutions.com Mar 30 2017 01:47:39     Ally Financial,
                 P O Box 130424,    Roseville, MN 55113-0004
13298920       +E-mail/Text: ally@ebn.phinsolutions.com Mar 30 2017 01:47:39     Ally Financial,
                 c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
13531371       +E-mail/Text: bncmail@w-legal.com Mar 30 2017 01:49:23     Azurea I, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13467745       +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:34     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13279682       +E-mail/Text: bcollier@resortscompanies.com Mar 30 2017 01:49:45     Great Eastern Resorts,
                 610 W. Rio Road,    PO Box 6006,    Charlottesville, VA 22906-6006
13364025       +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:34     HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13279684       +E-mail/Text: cio.bncmail@irs.gov Mar 30 2017 01:47:49     Internal Revenue Service,
                 PO Box 2116,    Philadelphia, PA 19103-0116
13279685        E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:57:36     JC Penney,    PO box 960090,
                 Orlando, FL 32896-0090
13331015        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2017 01:56:58
                 LVNV Funding LLC its successors and assigns as,    assignee of OneMain Financial, Inc,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13355587       +E-mail/Text: bncmail@w-legal.com Mar 30 2017 01:49:00     Lindia, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13346087       +E-mail/Text: bncmail@w-legal.com Mar 30 2017 01:49:07     OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13279687        E-mail/PDF: cbp@onemainfinancial.com Mar 30 2017 01:56:09     One Main Financial,
                 P.O. Box 183172,    Columbus, OH 43218-3172
13279688        E-mail/PDF: cbp@onemainfinancial.com Mar 30 2017 01:56:35     One Main Financial,
                 300 Sain Paul Plaza,    Baltimore, MD 21202
```

```
District/off: 0315-2          User: dric                 Page 2 of 3                  Date Rcvd: Mar 29, 2017
                              Form ID: 408               Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13343992          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2017 01:58:01
                  Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
                                                                                                  TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Azurea I, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                   Seattle, WA 98121-3132
cr*              +Lindia, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                   Seattle, WA 98121-3132
13279653*         Bank of America,   PO Box 15019,   Wilmington, DE 19886-0299
13279658*        +Bentleyville Boro,   Ben Babinad, Tax Collector,   1304 Main Street,
                   Bentleyville, PA 15314-1013
13279659*        +Bentleyville Boro,   Ben Babinad, Tax Collector,   1304 Main Street,
                   Bentleyville, PA 15314-1013
13279660*        +Bentleyville Boro,   Ben Babinad, Tax Collector,   1304 Main Street,
                   Bentleyville, PA 15314-1013
13279661*        +Bentleyville Boro,   Ben Babinad, Tax Collector,   1304 Main Street,
                   Bentleyville, PA 15314-1013
13279662*        +Bentleyville Boro,   Ben Babinad, Tax Collector,   1304 Main Street,
                   Bentleyville, PA 15314-1013
13279667*        +Bentworth School District,   Ben Babirad, Tax Collector,   685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279668*        +Bentworth School District,   Ben Babirad, Tax Collector,   685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279669*        +Bentworth School District,   Ben Babirad, Tax Collector,   685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279670*        +Bentworth School District,   Ben Babirad, Tax Collector,   685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279664*        +Bentworth School District,   Joseph G. Malisky, Tax Collector,   685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279665*        +Bentworth School District,   Joseph G. Malisky, Tax Collector,   685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279676*         County of Washington,   Francis L. King, Tax Collector,   100 West Beau Street, Suite 102,
                   Washington, PA 15301-4432
13279674*         County of Washington,   Francis L. King,   100 West Beau Street, Suite 102,
                   Washington, PA 15301-4432
13279675*         County of Washington,   Francis L. King,   100 West Beau Street, Suite 102,
                   Washington, PA 15301-4432
13279677*         County of Washington,   Francis L. King,   100 West Beau Street, Suite 102,
                   Washington, PA 15301-4432
13279678*         County of Washington,   Francis L. King,   100 West Beau Street, Suite 102,
                   Washington, PA 15301-4432
cr              ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                             TOTALS: 0, * 19, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                              Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0315-2           User: dric                 Page 3 of 3                   Date Rcvd: Mar 29, 2017
                               Form ID: 408               Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
           Christopher M. Frye    on behalf of Debtor Thomas G. Holman chris.frye@steidl-steinberg.com,
            julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
            ga@steidl-steinberg.com
           Christopher M. Frye    on behalf of Joint Debtor Deborah A. Holman chris.frye@steidl-steinberg.com,
            julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
            ga@steidl-steinberg.com
           Hilary B. Bonial    on behalf of Creditor   HSBC Finance Corporation notice@bkcylaw.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
            Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                      TOTAL: 6