**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THOMAS G. HOLMAN<br>DEBORAH A. HOLMAN<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　Movant<br>　　　vs.<br>No Repondents. | Case No.:12-20284<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/23/2012 and confirmed on 3/14/12. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 161,243.05 |
| Less Refunds to Debtor | 3,227.16 | |
| TOTAL AMOUNT OF PLAN FUND | | 158,015.89 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,700.00 | |
|    Trustee Fee | 5,577.35 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,277.35 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| GREAT EASTERN RESORTS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5500 | | | | |
| BENTLEYVILLE BOROUGH (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXX2011 | | | | |
| BENTLEYVILLE BOROUGH (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXX2011 | | | | |
| BENTLEYVILLE BOROUGH (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4440 | | | | |
| BENTLEYVILLE BOROUGH (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXX2011 | | | | |
| BENTLEYVILLE BOROUGH (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXX2011 | | | | |
| BENTLEYVILLE BOROUGH (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXX2011 | | | | |
| BENTWORTH SD (SOMERSET) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX6:11 | | | | |
| BENTWORTH SD(BENTLEYVILLE) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXX2011 | | | | |
| BENTWORTH SD(BENTLEYVILLE) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXX2011 | | | | |
| BENTWORTH SD(BENTLEYVILLE) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXX2011 | | | | |
| BENTWORTH SD(BENTLEYVILLE) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXX2011 | | | | |
| BENTWORTH SD(BENTLEYVILLE) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXX2011 | | | | |
| BENTWORTH SD(BENTLEYVILLE) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXX2011 | | | | |
| WASHINGTON COUNTY TAX CLM BUREA | 567.82 | 567.82 | 85.65 | 653.47 |
|   Acct: 3016 | | | | |
| WASHINGTON COUNTY TAX CLM BUREA | 257.46 | 257.46 | 39.13 | 296.59 |
|   Acct: 900T | | | | |
| WASHINGTON COUNTY TAX CLM BUREA | 260.66 | 260.66 | 39.56 | 300.22 |
|   Acct: 300T | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WASHINGTON COUNTY TAX CLM BUREA | 287.28 | 287.28 | 43.56 | 330.84 |
|     Acct: 101T | | | | |
|   WASHINGTON COUNTY TAX CLM BUREA | 237.64 | 237.64 | 36.12 | 273.76 |
|     Acct: 801T | | | | |
|   WASHINGTON COUNTY TAX CLM BUREA | 291.26 | 291.26 | 44.30 | 335.56 |
|     Acct: 001T | | | | |
|   WASHINGTON COUNTY TAX CLM BUREA | 287.28 | 287.28 | 43.56 | 330.84 |
|     Acct: 101T | | | | |
|   SOMERSET TWP - R/E TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6:11 | | | | |
|   ALLY FINANCIAL(*) | 22,553.90 | 22,553.90 | 4,019.30 | 26,573.20 |
|     Acct: 1344 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 17,506.71 | 17,506.71 | 2,897.94 | 20,404.65 |
|     Acct: 5750 | | | | |
|   US BANK NA - INDENTURE TRUSTEE FO | 0.00 | 81,125.93 | 0.00 | 81,125.93 |
|     Acct: 1257 | | | | |
| | | | | 130,625.06 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS G. HOLMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS G. HOLMAN | 1,223.08 | 1,223.08 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS G. HOLMAN | 2,004.08 | 2,004.08 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BENTWORTH SD & SOMERSET TWP (EIT | 211.00 | 211.00 | 0.00 | 211.00 |
|     Acct: 2066 | | | | |
|   INTERNAL REVENUE SERVICE* | 4,938.00 | 4,938.00 | 0.00 | 4,938.00 |
|     Acct: 2066 | | | | |
| | | | | 5,149.00 |
| **Unsecured** | | | | |
|   AZUREA I LLC | 6,887.88 | 2,732.38 | 0.00 | 2,732.38 |
|     Acct: 0299 | | | | |
|   LINDIA LLC | 4,901.27 | 1,944.30 | 0.00 | 1,944.30 |
|     Acct: 3943 | | | | |
|   OAK HARBOR CAPITAL IV LLC | 6,638.82 | 2,633.58 | 0.00 | 2,633.58 |
|     Acct: 4376 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,641.43 | 651.15 | 0.00 | 651.15 |
|     Acct: 2756 | | | | |
|   ECAST SETTLEMENT CORP** | 1,350.21 | 535.62 | 0.00 | 535.62 |
|     Acct: 5156 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 3,362.39 | 1,333.84 | 0.00 | 1,333.84 |
|     Acct: 2346 | | | | |
|   MON VALLEY COMMUNITY F C U | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3600 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 10,420.16 | 4,133.61 | 0.00 | 4,133.61 |
|     Acct: 9294 | | | | |
|   S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 13,964.48 |

TOTAL PAID TO CREDITORS                                                                 149,738.54

```
TOTAL
CLAIMED            5,149.00
PRIORITY          42,250.01
SECURED           35,202.16
```

Date: 03/28/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　THOMAS G. HOLMAN<br>　　DEBORAH A. HOLMAN<br>　　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:12-20284<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                              Case No. 12-20284-CMB
Thomas G. Holman                                                    Chapter 13
Deborah A. Holman
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric                 Page 1 of 3                  Date Rcvd: Mar 29, 2017
                              Form ID: pdf900            Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db/jdb        +Thomas G. Holman,    Deborah A. Holman,    298 Ames Road,    Bentleyville, PA 15314-1934
cr            +BENEFICIAL CONSUMER DISCOUNT COMPANY,    9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            +HSBC Finance Corporation,    P. O. Box 829009,    Dallas, TX 75382-9009
13298181      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:    FIA CARD SERVICES, N.A.,    PO Box 15102,
                Wilmington, DE 19886-5102)
13279652       Bank of America,    PO Box 15019,    Wilmington, DE 19886-0299
13279655      +Beneficial,    PO Box 3425,    Buffalo, NY 14240-3425
13279654       Beneficial,    PO Box 4153-K,    Carol Stream, IL 60197-4153
13294134      +Beneficial Consumer Discount Company,    2929 Walden Avenue,    Depew, New York 14043-2602
13279656       Beneficial/Household Finance,    PO Box 1231,    Brandon, FL 33509-1231
13279657      +Bentleyville Boro,    Ben Babinad, Tax Collector,    1304 Main Street,
                Bentleyville, PA 15314-1013
13279666      +Bentworth School District,    Ben Babirad, Tax Collector,    685 Lincoln Avenue,
                Bentleyville, PA 15314-2057
13279663      +Bentworth School District,    Joseph G. Malisky, Tax Collector,    685 Lincoln Avenue,
                Bentleyville, PA 15314-2057
13279671      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:    Citi Cards,    PO box 182564,    Columbus, OH 43218-2564)
13279672       County of Washington,    Francis L. King,    100 West Beau Street, Suite 102,
                Washington, PA 15301-4432
13279673       County of Washington,    Francis L. King, Tax Collector,    100 West Beau Street, Suite 102,
                Washington, PA 15301-4432
13279679       Department Stores National Bank (Macy’s),    PO Box 183083,    Columbus, OH 43218-3083
13286348      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13279681      +First National Bank,    PO Box 6000,    Hermitage, PA 16148-0900
13279680      +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
13279683       HSBC Retail Services (Bon-Ton),    PO Box 17264,    Baltimore, MD 21297-1264
13279686       Mon Valley Credit Union,    1932 Main Street,    PO Box 189,    Allenport, PA 15412-0189
13279689      +Somerset Township,    Joseph G. Malisky, Tax Collector,    685 Lincoln Avenue,
                Bentleyville, PA 15314-2057
14306716      +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
13279690      +Washington County Tax Claim Bureau,    100 West Beau St Ste 205,    Washington, PA 15301-4483
13618662       eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:37      Capital One, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr            +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:37      HSBC Bank Nevada, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
cr            +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:36      eCAST Settlement Corporation,
                c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13279651       E-mail/Text: ally@ebn.phinsolutions.com Mar 30 2017 01:47:39      Ally Financial,
                P O Box 130424,    Roseville, MN 55113-0004
13298920      +E-mail/Text: ally@ebn.phinsolutions.com Mar 30 2017 01:47:39      Ally Financial,
                c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
13531371      +E-mail/Text: bncmail@w-legal.com Mar 30 2017 01:49:23      Azurea I, LLC,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13467745      +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:36      Capital One, N.A.,
                c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13279682      +E-mail/Text: bcollier@resortscompanies.com Mar 30 2017 01:49:45      Great Eastern Resorts,
                610 W. Rio Road,    PO Box 6006,    Charlottesville, VA 22906-6006
13364025      +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:36      HSBC Bank Nevada, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13279684      +E-mail/Text: cio.bncmail@irs.gov Mar 30 2017 01:47:50      Internal Revenue Service,
                PO Box 2116,    Philadelphia, PA 19103-0116
13279685       E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:56:09      JC Penney,    PO box 960090,
                Orlando, FL 32896-0090
13331015       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2017 01:56:59
                LVNV Funding LLC its successors and assigns as,    assignee of OneMain Financial, Inc,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13355587      +E-mail/Text: bncmail@w-legal.com Mar 30 2017 01:49:00      Lindia, LLC,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13346087      +E-mail/Text: bncmail@w-legal.com Mar 30 2017 01:49:07      OAK HARBOR CAPITAL IV, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13279687       E-mail/PDF: cbp@onemainfinancial.com Mar 30 2017 01:56:09      One Main Financial,
                P.O. Box 183172,    Columbus, OH 43218-3172
13279688       E-mail/PDF: cbp@onemainfinancial.com Mar 30 2017 01:56:09      One Main Financial,
                300 Sain Paul Plaza,    Baltimore, MD 21202
```

```
District/off: 0315-2           User: dric                  Page 2 of 3                   Date Rcvd: Mar 29, 2017
                               Form ID: pdf900             Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13343992          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2017 01:57:26
                  Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
                                                                                             TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Azurea I, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                   Seattle, WA 98121-3132
cr*              +Lindia, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                   Seattle, WA 98121-3132
13279653*         Bank of America,   PO Box 15019,   Wilmington, DE 19886-0299
13279658*        +Bentleyville Boro,   Ben Babinad, Tax Collector,   1304 Main Street,
                   Bentleyville, PA 15314-1013
13279659*        +Bentleyville Boro,   Ben Babinad, Tax Collector,   1304 Main Street,
                   Bentleyville, PA 15314-1013
13279660*        +Bentleyville Boro,   Ben Babinad, Tax Collector,   1304 Main Street,
                   Bentleyville, PA 15314-1013
13279661*        +Bentleyville Boro,   Ben Babinad, Tax Collector,   1304 Main Street,
                   Bentleyville, PA 15314-1013
13279662*        +Bentleyville Boro,   Ben Babinad, Tax Collector,   1304 Main Street,
                   Bentleyville, PA 15314-1013
13279667*        +Bentworth School District,   Ben Babirad, Tax Collector,   685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279668*        +Bentworth School District,   Ben Babirad, Tax Collector,   685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279669*        +Bentworth School District,   Ben Babirad, Tax Collector,   685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279670*        +Bentworth School District,   Ben Babirad, Tax Collector,   685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279664*        +Bentworth School District,   Joseph G. Malisky, Tax Collector,   685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279665*        +Bentworth School District,   Joseph G. Malisky, Tax Collector,   685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279676*         County of Washington,   Francis L. King, Tax Collector,   100 West Beau Street, Suite 102,
                   Washington, PA 15301-4432
13279674*         County of Washington,   Francis L. King,   100 West Beau Street, Suite 102,
                   Washington, PA 15301-4432
13279675*         County of Washington,   Francis L. King,   100 West Beau Street, Suite 102,
                   Washington, PA 15301-4432
13279677*         County of Washington,   Francis L. King,   100 West Beau Street, Suite 102,
                   Washington, PA 15301-4432
13279678*         County of Washington,   Francis L. King,   100 West Beau Street, Suite 102,
                   Washington, PA 15301-4432
cr              ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                             TOTALS: 0, * 19, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: dric                  Page 3 of 3                   Date Rcvd: Mar 29, 2017
                               Form ID: pdf900             Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:

```
              Christopher M. Frye    on behalf of Debtor Thomas G. Holman chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              Christopher M. Frye    on behalf of Joint Debtor Deborah A. Holman chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6
```