**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Thomas G. Holman** | Social Security number or ITIN    xxx–xx–2066 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Deborah A. Holman** | Social Security number or ITIN    xxx–xx–1472 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:    **12–20284–CMB**

# Order of Discharge                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas G. Holman                                          Deborah A. Holman

_5/22/17_                                                 **By the court:**    <u>Carlota M. Bohm</u>
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 12-20284-CMB
Thomas G. Holman                                                Chapter 13
Deborah A. Holman
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: culy                Page 1 of 3              Date Rcvd: May 22, 2017
                              Form ID: 3180W            Total Noticed: 44
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
```
db/jdb         +Thomas G. Holman,   Deborah A. Holman,   298 Ames Road,   Bentleyville, PA 15314-1934
cr             +BENEFICIAL CONSUMER DISCOUNT COMPANY,   9441 LBJ Freeway, Suite 250,   Dallas, TX 75243-4640
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +HSBC Finance Corporation,   P. O. Box 829009,   Dallas, TX 75382-9009
13294134       +Beneficial Consumer Discount Company,   2929 Walden Avenue,   Depew, New York 14043-2602
13279656        Beneficial/Household Finance,   PO Box 1231,   Brandon, FL 33509-1231
13279657       +Bentleyville Boro,   Ben Babinad, Tax Collector,   1304 Main Street,
                 Bentleyville, PA 15314-1013
13279666       +Bentworth School District,   Ben Babirad, Tax Collector,   685 Lincoln Avenue,
                 Bentleyville, PA 15314-2057
13279663       +Bentworth School District,   Joseph G. Malisky, Tax Collector,   685 Lincoln Avenue,
                 Bentleyville, PA 15314-2057
13279672        County of Washington,   Francis L. King,   100 West Beau Street, Suite 102,
                 Washington, PA 15301-4432
13279673        County of Washington,   Francis L. King, Tax Collector,   100 West Beau Street, Suite 102,
                 Washington, PA 15301-4432
13279681       +First National Bank,   PO Box 6000,   Hermitage, PA 16148-0900
13279680       +First National Bank,   4140 East State Street,   Hermitage, PA 16148-3401
13279686        Mon Valley Credit Union,   1932 Main Street,   PO Box 189,   Allenport, PA 15412-0189
13279689       +Somerset Township,   Joseph G. Malisky, Tax Collector,   685 Lincoln Avenue,
                 Bentleyville, PA 15314-2057
14306716       +U.S. Bank National Association, as inde,   Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,   Salt Lake City, UT 84115-4412
13279690       +Washington County Tax Claim Bureau,   100 West Beau St Ste 205,   Washington, PA 15301-4483
13618662        eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2017 01:22:06      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +EDI: BASSASSOC.COM May 23 2017 01:03:00      Capital One, N.A.,   Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr             +EDI: BASSASSOC.COM May 23 2017 01:03:00      HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
cr             +EDI: BASSASSOC.COM May 23 2017 01:03:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
13279651        EDI: GMACFS.COM May 23 2017 01:03:00      Ally Financial,   P O Box 130424,
                 Roseville, MN 55113-0004
13298920       +EDI: GMACFS.COM May 23 2017 01:03:00      Ally Financial,   c/o Ally Servicing LLC,
                 P.O. Box 130424,   Roseville, MN 55113-0004
13531371       +EDI: OPHSUBSID.COM May 23 2017 01:05:00      Azurea I, LLC,   c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
13298181        EDI: BANKAMER2.COM May 23 2017 01:04:00      FIA CARD SERVICES, N.A.,   PO Box 15102,
                 Wilmington, DE 19886-5102
13279652        EDI: BANKAMER.COM May 23 2017 01:04:00      Bank of America,   PO Box 15019,
                 Wilmington, DE 19886-0299
13279655       +EDI: HFC.COM May 23 2017 01:04:00      Beneficial,   PO Box 3425,   Buffalo, NY 14240-3425
13279654        EDI: HFC.COM May 23 2017 01:04:00      Beneficial,   PO Box 4153-K,
                 Carol Stream, IL 60197-4153
13279671        EDI: CITICORP.COM May 23 2017 01:04:00      Citi Cards,   PO box 182564,
                 Columbus, OH 43218-2564
13467745       +EDI: BASSASSOC.COM May 23 2017 01:03:00      Capital One, N.A.,   c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13279679        EDI: TSYS2.COM May 23 2017 01:04:00      Department Stores National Bank (Macy’s),
                 PO Box 183083,   Columbus, OH 43218-3083
13286348       +EDI: TSYS2.COM May 23 2017 01:04:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
13279682       +E-mail/Text: bcollier@resortscompanies.com May 23 2017 01:23:13      Great Eastern Resorts,
                 610 W. Rio Road,   PO Box 6006,   Charlottesville, VA 22906-6006
13364025       +EDI: BASSASSOC.COM May 23 2017 01:03:00      HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13279683        EDI: HFC.COM May 23 2017 01:04:00      HSBC Retail Services (Bon-Ton),   PO Box 17264,
                 Baltimore, MD 21297-1264
13279684       +EDI: IRS.COM May 23 2017 01:04:00      Internal Revenue Service,   PO Box 2116,
                 Philadelphia, PA 19103-0116
13279685        EDI: RMSC.COM May 23 2017 01:04:00      JC Penney,   PO box 960090,   Orlando, FL 32896-0090
13331015        EDI: RESURGENT.COM May 23 2017 01:04:00      LVNV Funding LLC its successors and assigns as,
                 assignee of OneMain Financial, Inc,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13355587       +EDI: OPHSUBSID.COM May 23 2017 01:05:00      Lindia, LLC,   c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
```

```
District/off: 0315-2           User: culy                 Page 2 of 3                  Date Rcvd: May 22, 2017
                               Form ID: 3180W             Total Noticed: 44


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13346087          +EDI: OPHSUBSID.COM May 23 2017 01:03:00      OAK HARBOR CAPITAL IV, LLC,
                   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13279687           EDI: AGFINANCE.COM May 23 2017 01:03:00      One Main Financial,    P.O. Box 183172,
                   Columbus, OH 43218-3172
13279688           EDI: AGFINANCE.COM May 23 2017 01:03:00      One Main Financial,    300 Sain Paul Plaza,
                   Baltimore, MD 21202
13343992           EDI: PRA.COM May 23 2017 01:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                   Norfolk VA 23541
                                                                                               TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Azurea I, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                   Seattle, WA 98121-3132
cr*              +Lindia, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                   Seattle, WA 98121-3132
13279653*         Bank of America,    PO Box 15019,    Wilmington, DE 19886-0299
13279658*        +Bentleyville Boro,    Ben Babinad, Tax Collector,    1304 Main Street,
                   Bentleyville, PA 15314-1013
13279659*        +Bentleyville Boro,    Ben Babinad, Tax Collector,    1304 Main Street,
                   Bentleyville, PA 15314-1013
13279660*        +Bentleyville Boro,    Ben Babinad, Tax Collector,    1304 Main Street,
                   Bentleyville, PA 15314-1013
13279661*        +Bentleyville Boro,    Ben Babinad, Tax Collector,    1304 Main Street,
                   Bentleyville, PA 15314-1013
13279662*        +Bentleyville Boro,    Ben Babinad, Tax Collector,    1304 Main Street,
                   Bentleyville, PA 15314-1013
13279667*        +Bentworth School District,    Ben Babirad, Tax Collector,    685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279668*        +Bentworth School District,    Ben Babirad, Tax Collector,    685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279669*        +Bentworth School District,    Ben Babirad, Tax Collector,    685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279670*        +Bentworth School District,    Ben Babirad, Tax Collector,    685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279664*        +Bentworth School District,    Joseph G. Malisky, Tax Collector,    685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279665*        +Bentworth School District,    Joseph G. Malisky, Tax Collector,    685 Lincoln Avenue,
                   Bentleyville, PA 15314-2057
13279676*         County of Washington,    Francis L. King, Tax Collector,    100 West Beau Street, Suite 102,
                   Washington, PA 15301-4432
13279674*         County of Washington,    Francis L. King,    100 West Beau Street, Suite 102,
                   Washington, PA 15301-4432
13279675*         County of Washington,    Francis L. King,    100 West Beau Street, Suite 102,
                   Washington, PA 15301-4432
13279677*         County of Washington,    Francis L. King,    100 West Beau Street, Suite 102,
                   Washington, PA 15301-4432
13279678*         County of Washington,    Francis L. King,    100 West Beau Street, Suite 102,
                   Washington, PA 15301-4432
cr               ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                    TOTALS: 0, * 19, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: culy              Page 3 of 3            Date Rcvd: May 22, 2017
                              Form ID: 3180W          Total Noticed: 44
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Thomas G. Holman chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com
              Christopher M. Frye    on behalf of Joint Debtor Deborah A. Holman chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com
              Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
              James  Warmbrodt     on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7
```